IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
|     PLAINTIFF, | ) |
| v. | ) CASE NO.: 3:08-cv-260-TMH |
| MIKE KEYS, | ) (WO - Do Not Publish) |
|     DEFENDANT. | ) |

## **ORDER**

This action is presently before the Court on the Motion to Use the Appendix System (Doc. # 23) and a Motion for Default and Default Judgment with Up-Date on Judgment (Doc. # 24) both filed on August 4, 2008 by the plaintiff. These motions seek relief requested by earlier motions and denied by previous orders. As previously explained in those orders, the plaintiff is not entitled to the relief he seeks by these motions. Accordingly, the Motion to Use the Appendix System (Doc. # 23) and a Motion for Default and Default Judgment with Up-Date on Judgment (Doc. # 24) are DENIED.

DONE this the 13th day of August, 2008.

                                                /s/ Truman M. Hobbs
                                        SENIOR UNITED STATES DISTRICT JUDGE